## IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS

## CIVIL DIVISION

SHARON IVY,  
and as Administratrix of the  
**ESTATE OF EARL LEE PARKER**,  
and on Behalf of All Wrongful Death  
Beneficiaries of **EARL LEE PARKER**,  
Deceased,

PLAINTIFF

*FILED 2017 APR 28 AM 10:18 TERRY HAWKINS CIRCUIT COURT CLERK CRITTENDEN COUNTY, AR*

NO. CV-2017- 293

VS.

**DAVID D. NUGENT;**

**PROPANE RESOURCES SUPPLY AND MARKETING, L.L.C.;**

**PROPANE RESOURCES TRANSPORTATION, L.L.C.;**

**PROPANE RESOURCES, L.L.C.**

DEFENDANTS

## COMPLAINT

Comes now Plaintiff, Sharon Ivy ("Plaintiff"), by and through her Attorneys, Daniels and Cauble, P.C., The Law of Office of John Howe P.C. and The Law Office of Danyelle Walker PLLC, and brings her Complaint over and against the Defendants, David D. Nugent ("Defendant Nugent"); Propane Resources Supply and Marketing, L.L.C.,; Propane Resources Transportation, L.L.C.,; Propane

*1*


EXHIBIT A

Resources, L.L.C., ("collectively Propane Resources") and does hereby state and alleges the following:

## PARTIES, JURISDICTION, VENUE AND SERVICE OF PROCESS

1.

Plaintiff Sharon Ivy brings this survival action and wrongful death action as the Administratrix of the Estate of Earl Lee Parker and on the behalf of all wrongful death beneficiaries of Earl Lee Parker pursuant to A.C.A. §§ 16-62-101. and 16-62-102.

2.

This Court has subject matter jurisdiction over this action pursuant to A.C.A. § 16-13-201.

3.

The Crittenden County Circuit Court is the proper venue for this action pursuant to A.C.A. § 16-60-101.

4.

Plaintiff Sharon Ivy is deemed to be a resident of the state of Tennessee because Earl Lee Parker was domiciled in the state of Tennessee at the time of his death pursuant to 28 U.S. Code § 1332 (c)(2).

5.

Defendant David D. Nugent is a resident of the state of Tennessee and is subject to the Personal Jurisdiction of this Court pursuant to pursuant to A.C.A. § 16-4-101. Defendant David D. Nugent may be personally served at 2730 Quito Drummonds Rd. Drummonds, Tennessee, 38023.

6.

Defendants Propane Resources are foreign businesses located at P.O. Box 2308 - 6950 Squibb Road Suite 306, Mission, Kansas 66201-2308 and is subject to the Personal Jurisdiction of this Court pursuant to pursuant to A.C.A. § 16-4-101. Defendants Propane Resources may be served by service upon their registered agent, David M. Mouber at 8645 College Boulevard Suite 105, Overland Park, Kansas 66210.

## DEFENDANT DAVID D. NUGENT'S NEGLIGENCE

7.

At approximately 1:22 A.M., on April 30, 2016, Earl Lee Parker, a pedestrian, was walking south towards oncoming traffic on the inside shoulder of Interstate 55 Northbound near mile marker two.

3

8.

At approximately 1:22 A.M., on April 30, 2016, Defendant Nugent was operating a 2003 Peterbilt diesel tractor with an attached trailer on Interstate 55 Northbound.

9.

At some point while traveling on Interstate 55 Northbound, Defendant Nugent drove his tractor and trailer across the inside lane fog line onto the left shoulder striking Earl Lee Parker with the left steer side of his vehicle.

10.

After striking Earl Lee Parker, Defendant Nugent continued to drive his tractor and trailer approximately 500 feet north before his vehicle became disabled in the left lane of Interstate 55 Northbound.

11.

Neither Defendant Nugent nor his passenger, Dana L. Doonar, called for emergency assistance after striking Earl Lee Parker. Instead, a law enforcement officer, who responded to Defendant Nugent's disabled vehicle, discovered Earl Lee Parker lying on the inside shoulder of Interstate 55 Northbound.

12.

At approximately 2:12 A.M., on April 30, 2016, Earl Lee Parker was pronounced dead by the Crittenden County Coroner's Office due to blunt force trauma to his head.

13.

Defendant Nugent's negligence, which constitutes the direct and proximate cause of the injuries and death to Earl Lee Parker, consisted of, but was not limited to, the following:

(a) Operating his vehicle in a careless manner;

(b) Failure to maintain control of his vehicle;

(c) Failure to keep a proper lookout for pedestrian adjacent to roadway;

(d) Colliding with, parked or stopped vehicles, fixtures, persons, or objects adjacent to the public thoroughfares;

(e) Operating his vehicle in a manner in contravention of the law of Arkansas, Tennessee and the Federal Motor Carrier Safety Regulations;

(f) Committing other reckless and negligent acts and omissions, as shall

be shown by the evidence and proven at trial.

### DEFENDANTS PROPANE RESOURCES' NEGLIGENCE

14.

Defendant Nugent was incompetent to drive a commercial motor vehicle and Defendants Propane Resources had actual knowledge of his incompetence; thus, Propane Resources is liable for Earl Lee Parker's injuries and death for negligently entrusting Defendant Nugent to drive a commercial motor vehicle for Propane Resources. Defendants Propane Resources are liable for the negligent acts committed by Defendant Nugent on April 30, 2016, which occurred within the "course and scope" of Defendant Nugent's employment with Propane Resources, and which resulted in the injuries and death of Earl Lee Parker.

15.

Defendant Nugent was not skilled in driving a commercial motor vehicle and Defendants Propane Resources had actual knowledge of his lack of skill and yet Propane Resources hired Defendant Nugent to drive a tractor trailer, thus Propane Resources is liable for Earl Lee Parker's injuries and death.

16.

Defendants Propane Resources negligently supervised and negligently retained Defendant Nugent. Propane Resources knew or, through the exercise of ordinary care, should have known, that Defendant Nugent operated his tractor in a careless manner subjecting third parties to unreasonable risk of harm.

## SPECIFIC DAMAGES CLAIMED

17.

Plaintiff as Administratrix of the Estate of Earl Lee Parker, claim general damages against all Defendants, for the full value of the life of Earl Lee Parker, both economic and intangible, pursuant to A.C.A. §§ 16-62-101. and 16-62-102.

18.

Plaintiff as Administratrix of the Estate of Earl Lee Parker, claim general damages against all Defendants, for all elements of the pain and suffering, physical and mental, including shock, fright and terror, endured by Earl Lee Parker from the time of the incident up until the time of his death, in an amount determined by the enlightened conscience of the jury after hearing the evidence at trial.

19.

Plaintiff, as Administratrix of the estate, also claim special damages for all medical expenses and funeral expenses incurred on behalf of The Estates of Earl

7

Lee Parker in an amount which reflects the reasonable value of those services and property as established by the evidence at trial.

WHEREFORE, Plaintiff, as Administratrix of The Estate of Earl Lee Parker and on Behalf of All Wrongful Death Beneficiaries of Earl Lee Parker, prays and respectfully demands verdict and judgment as follows:

1. That Summons and Process issue and that the named Defendants be served with a copy of this Complaint and that Defendants be required to appear and answer;

2. That The Estate of Earl Lee Parker and Beneficiaries of Earl Lee Parker have and recover all damages to which they are entitled under Arkansas law, including but not limited to:

   a) General damages for the full value of the life of Earl Lee Parker, both economic and intangible;

   b) General damages for all elements of the pain and suffering, physical and mental, including shock, fright and terror, endured by Earl Lee Parker from the time of the incident up until the time of his death; and

c) Special damages for all medical expenses, funeral expenses, and property damage incurred on behalf of The Estate of Earl Lee Parker.

d) Punitive damages on all claims allowed by law against individual Defendants and in an amount to be determined at trial; and

e) That Plaintiff be granted such other and further relief as may be shown by the evidence and the law, and as this Court may deem just and appropriate.

This 28 Day of April, 2017.

_____
Harry M. Daniels Non-Resident
309 Bankhead Hwy
Carrollton, Georgia 30117
Tel. (678) 664-8529
Fax. (800) 867-5248
daniels@danielscauble.com

_____
Danyelle Walker
Arkansas Bar ID 95-234
323 Center Street, Suite 1020
Little Rock, AR 72201

_____
Charles H. Cauble Non-Resident
13A Jackson St
Newnan, GA 30263
Tel: (678) 662 6927
Fax: (800) 867 5248
cauble@danielscauble.com

_____
John W. Howe, Non-Resident
309 Bankhead Hwy
Carrollton, Georgia 30117
Tel: (678) 664-8529

Tel: (501) 374 1448  
Fax: (501) 374-1454  
danyellewalker@yahoo.com

Fax: (800) 867-5248  
john@attorneyjohnhowe.com