IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON IVY, Administratrix
of the Estate of Earl Lee Parker
and on behalf of all wrongful
death beneficiaries of Earl Lee
Parker, Deceased                                                              PLAINTIFF

v.                          No. 3:17-cv-195-DPM

DAVID D. NUGENT; PROPANE
RESOURCES SUPPLY AND
MARKETING LLC; PROPANE
RESOURCES TRANSPORTATION
LLC; and PROPANE
RESOURCES LLC                                                                DEFENDANTS

ORDER

The record on Parker's domicile is too murky at this point for the Court to rule. Ivy's motion to remand, № 11, will be held in abeyance. Defendants' motion for limited jurisdictional discovery, № 12, is granted. By 25 October 2017, Ivy must sign and return a HIPPA compliant authorization proposed by Defendants. Defendants may depose Ivy and two beneficiaries about Parker's domicile. Defendants must complete this limited discovery by 22 December 2017. Supplemental response on remand issues due by 22 January 2018. Reply due by 12 February 2018.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2017